# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA C. HAWKINS,<br>　　　　Petitioner<br>　　v.<br>S. SHERMAN, WARDEN,<br>　　　　Respondent. | Case No. CV 17-7339-DMG (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Petition With Prejudice For Untimeliness And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: December 18, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE